**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| HENRY LEE SMART, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | 1:07-CV-174 (WLS) |
| : | |
| DAWN MILLER, *et al.*, : | |
| : | |
| Defendants. : | |

**ORDER**

Before the Court are two Report and Recommendations from United States Magistrate Judge Richard L. Hodge, filed October 31, 2007 and September 10, 2008. (Docs. 7, 13).  In Judge Hodge's first Report and Recommendation it is recommended that Defendants Doyle, Hamilton, Green and McCoy be dismissed from this action.  (Doc. 7).  Judge Hodge's second Report recommends that Defendant Miller's Motion to Dismiss (Doc. 10) be granted.  (Doc. 13).  No objection has been filed with respect to either recommendation.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendations (Docs. 7, 13) should be, and hereby are, **ACCEPTED**, **ADOPTED** and made the Orders of this Court for reason of the findings made and reasons stated in each.  Accordingly, Defendants Doyle, Hamilton, Green and McCoy are dismissed from this action and Defendant Miller's Motion to Dismiss (Doc. 10) is **GRANTED.**

**SO ORDERED**, this   27th   day of October, 2008.

　　　　　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　　**THE HONORABLE W. LOUIS SANDS,
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT**